**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 6/20/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Warden Jones
   William E Donaldson Correctional Facility
   100 Warrior Lane
   Bessemer, AL 35023

   _2:06CV520_
   _S+O_  ⓴

   Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

   4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3461 1734

   PS Form 3811 February 2004   Domestic Return Receipt   102595-02-M-1540