**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Troy King
Attorney General's Office
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Taylor_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
6/23/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV520
0+0
(20)

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 1727

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540