IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GERARD DAVID MCCREE, JR., #203840   )
                                    )
    Petitioner,                     )
                                    )
v.                                  )   2:06-CV-520-WHA
                                    )         (WO)
WARDEN JONES, et al.,               )
                                    )
    Respondents.                    )
                                    )
                                    )

## MOTION FOR ENLARGEMENT

Come the Respondents in the above-styled cause and request an enlargement of twenty days to respond to this Court's Order to Show Cause. Counsel for the Respondents has been involved in other work in the Federal district courts and the appellate courts of the State of Alabama and therefore has had insufficient time in which to complete Respondent's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondent prays that this Honorable Court grant this request for twenty days in which to respond.

I am this date mailing a copy of this request for an extension of time to the petitioner.

                                                   Respectfully submitted,

                                                   Troy King (KIN047)
                                                 *Attorney General*
                                                 By:

                                                 /s/Daniel W. Madison
                                                 Daniel W. Madison (MAD029)
                                                 *Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Gerard David McCree, Jr.
AIS #203840
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL   35023-7299

/s/Daniel W. Madison
Daniel W. Madison (MAD029)
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  DMadison@ago.state.al.us

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery AL  36130-0152
(334) 242-7300
152740/MCCREE
96662-001