IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GERARD DAVID McCREE, JR.,      )
AIS #203840,                     )
                                  )
        Petitioner,         )
                                  )
    v.                    )      CASE NO. 2:06-CV-520-WHA
                                  )
WARDEN JONES, et al.,        )
                                  )
        Respondents.     )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on

July 10, 2006 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the respondents be GRANTED an extension from July 13, 2006 to

and including August 2, 2006 to file their answer to the petition.

Done, this 11th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE