IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERARD DAVID MCCREE, JR., )<br>#203840, )<br> )<br>    Petitioner, )<br> )<br>v. )<br> )<br>WARDEN JONES, et al., )<br> )<br>    Respondents. ) | CIVIL ACTION NO. 2:06cv520-WHA<br>(WO) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 19, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that Daniel Madison is DISMISSED as a named respondent. It is further ORDERED that this case is referred back to the Magistrate Judge for additional proceedings.

Done this 18th day of July, 2006.

                                        /s/ W. Harold Albritton
                                      SENIOR UNITED STATES DISTRICT JUDGE