43

IN The united States District Court for The middle District of ALABAMA NORTHERN Division

RECEIVED
2006 AUG 21 A 9:43

Gerard David McCree, JR.,
I.D. # 203840
Petitioner,                    2:06-cv-520-WHA-(wo)

VS.

WARDEN Jane S, et al
Respondents,

Permission of Court for Leave to Submit Motion Requesting evidentiary hearing IN The above Styled case

Comes Now the petitioner Gerard D. McCree, And pursuant to Rule 8(a) of the federal Habeas Corpus, Criminal Code and Rules, respectfully Moves this Honorable Court to Set AN evidentiary hearing in the above Styled Case at the earliest convenience of the Court.

respectfully Submitted this 16th day of August, 2006.

SCANNED

Petitioner: Gerard D. McCree
#203840 Donaldson Corr. Fac.
100 warrior Lane
Bessemer, Al. 35023