44

In The United States District Court for the middle District of Alabama Northern Division

RECEIVED 2006 AUG 21 A 9:43

[Debra P. Hackett, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA]

Gerard David McGee, SR.,
#203840
Petitioner

vs.

Warden Jones, et. al.
Respondents,

2:06-cv-520-WHA
(WO)

Permission of Court for leave to Submit Motion Requesting To Be Appointed Counsel

Comes Now The petitioner Gerard McGee, And pursuant to Rule 8(c) of The Federal Habeas Corpus Criminal Code And Rules, respectfully moves This Honorable Court to appoint an Attorney to Represent the petitioner who qualifies to have Counsel appointed under 18, U.S.C. 3006 A. in the above styled case.

Respectfully Submitted this 16th. day of August, 2006.    Gerard D. McGee #203840
                                            petitioner

45

petitioner Gerard David McCree
(Certificate of Service)

I The petitioner hereby Certificate That a Copy of the Same Documents has Been Served for And upon the following listed name office of the Attorney General By mailing A copy of The Same In The U.S. Mail postage prepaid and properly Addressed on this Date of August, 16, 06

Office of the Attorney General
Criminal appeals Division
Alabama State House
11 South Union Street
Montgomery, A. 36130-0152

Gerard D. McCree
#003840
100 Warrior Lane
Bessemer, Al.
35023