IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GERARD DAVID MCCREE, JR., #203 840     *

    Petitioner,     *

    v.     *     2:06-CV-520-WHA

WARDEN JONES, *et al.*,     *

    Respondents.     *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Evidentiary Hearing, and for good cause, it is

ORDERED that the motion (Doc. No. 13) be and is hereby DENIED at this time.

DONE, this 29th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE