IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GERARD DAVID MCCREE, JR., #203 840 | * |
| Petitioner, | * |
| v. | *    2:06-CV-520-WHA |
| WARDEN JONES, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Submit a Reply to Respondents' Answer, and in light of the court's August 23, 2006 order which granted Petitioner an opportunity to respond to Respondents' answer (*see* Doc. No. 15), it is

ORDERED that the motion (Doc. No. 12) be and is hereby DENIED as moot.

DONE, this 31st day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE