IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GERARD DAVID MCCREE, JR., #203 840 | * |
| Petitioner, | * |
| v. | *   2:06-CV-520-WHA |
| WARDEN JONES, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's October 23, 2006 pleading, construed as a Motion for Leave to Submit an Additional Reply to Respondents' Answer, and for good cause, it is

ORDERED that the motion (Doc. No. 20) be and is hereby GRANTED.

DONE, this 25th day of October, 2006.

                                              /s/Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE