IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GERARD DAVID MCCREE, JR., #203 840 | * |
| Petitioner, | * |
| v. | *     2:06-CV-520-WHA |
| WARDEN JONES, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to File a Motion for Discovery and upon consideration of the proposed discovery request, it is

ORDERED that the motion (Doc. No. 22) be and is hereby DENIED.

DONE, this 30th day of October 2006.

                                                  /s/Susan Russ Walker
                                                  SUSAN RUSS WALKER
                                                  UNITED STATES MAGISTRATE JUDGE