In the United States District Court
For the Middle District of Alabama
Northern Division

page 1 of 6

Gerard David McCree, Jr.
AIS #203840 Petitioner

vs.

Warden Jones, et. al
Respondents

2:06-CV-520
WHA

Cause: 2254 Petition

Sworn Affidavit of Gerard D. McCree herein under penalty of perjury the the foregoing is true an correct: permission of the court for leave to file this herein motion to expanding the record, under the provision in Rule 7. Rule governing section 2254 - cases from the United States District Courts thereto.

Comes now herein the Petitioner Gerard D. McCree moves this court upon expanding the record under exceptional circumstances where it may instead be perfectly appropriate depending upon the nature of the allegations, for the district court to proceed by requiring that the record be expanded to include letters, documentary evidence, and in an -

appropriate case, even Affidavits. (see) United States, v. Carlino, 400 F.2d 56 (2nd Cir. 1968); Mirra v. United States, 379 F.2d 782 (2nd Cir. 1967); Accardi v. United States, 379 F.2d 312 (2nd Cir. 1967). When the issue is one of credibility, Resolution on the basis of Affidavits can Rarely Be Conclusive,

1. McCree The petitioner herein was convicted of three counts of Capital Murder By a Jury on September 17, 2003, in The Circuit Court of Montgomery County Alabama, The Petitioner was sentenced to life without parole on each count after the Jury Recommended The death Penalty on a 10-2 vote. The Petitioner's current incarceration is the Result of these Unlawful Convictions An Sentences,

a) The petitioner McCree was Charged with Capital Murder after An improper warrant was issued without probable cause, where were unreasonable on the hand of Detectives making promises with it's witnesses in exchange for a Statement on June, 21, 2001,.. On June, 21, 01, McCree were Then Charged

with the Capital Murder, No other witnesses were located, within the promises To the Detectives witnesses in exchange for a Statement; During the Statement witness Darria Wilson statement followed that: (He seen McCree shoot the victim to death after which McCree drove off with the victims vehicle with the victim inside). (B). — at trial witness Darria Wilson Testified To Not seeing McCree causing the death of the victim, or drove off with the victim in the victim's vehicle. (C). McCree was convicted of all counts And sentenced To life without parole, on counts of capital murder, kidnapping, And First degree Robbery.

Requests:

2. The Petitioner Requests all Physical Evidence and oral testimony of the States Evidence Supporting the conviction hereof of First degree Robbery.

3. The Petitioner Requests that the Record Be expanded following All physical Evidence and oral testimony of The States Evidence Supporting the conviction kidnapping.


page 4

4. As the case was witnessed by McCree and others at their homes, the victim came to the home where individuals were at, and physically attacked his girlfriend known as Linda Barnes, after which the victim beginn with arguments with individuals at the home, after which while standing outside his vehicle, the victim was shot in the right side of his head, while shot, the victim got inside his vehicle attempting to leave the area, as which the victim vehicle came to a stop, an individual did so got inside the victims vehicle and droved off while the victim still insid,. (A). Fingerprints were found inside the victims vehicle on his steering wheel,.

(B). The petitioner requests that the record be expanded with these fingerprints found inside the victims vehicle there to put on this courts file.

5. The petitioner requests that the record be expanded upon all said evidence supporting any facts following that the victim was shot while inside his vehicle, where the

page 5

Petitioner were convicted of Capital Murder by them facts.

(A). Where them facts should be made consistent with the victim being shot in the right side of his head, without prejudice to the petitioner, evidence and exhibits are needed of in this courts proceedings.

Done this on this 10 day of February, 2007.

*Gerard D. Mercer*
Petitioner

Page 6 of 6

Petitioner Gerard David McCree, SR.,
(Certificate of Service)

I The Petitioner hereBy Certificate That a Copy of the Same Document Motion has Been Served upon the following listed Named State Attorney General, By Mailing a Copy of the Same in the U.S. Mail, postage prepaid And properly Addressed on this Date 2-10-07

The Office of the
Attorney General,
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery, AL. 36130-052

Gerard McCree
AIS# 203840
Donaldson Corr. Fac,
100 Warrior Ln.
Bessemer, AL.
35023

Gerald David McCree, JR., E-11
AIS # 263840
Donaldson Corr. Fac.
100 Warrior Ln.
Bessemer, AL. 35023

BIRMINGHAM AL 352
12 FEB 2007 PM 2 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

361010711