IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GERARD DAVID MCCREE, JR., #203 840 | * |
| Petitioner, | * |
| v. | *   2:06-CV-520-WHA |
| WARDEN JONES, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to File a Motion to Expand the Record, it is

ORDERED that the motion (Doc. No. 24) be and is hereby GRANTED.

Petitioner requests that the record in this case be expanded to include: (1) all physical evidence and oral testimony of the State's evidence supporting his convictions for first degree robbery and kidnapping; (2) fingerprint evidence found inside the victim's vehicle; and (3) all evidence supporting any facts which show that the victim was shot while inside his vehicle. The court has considered Petitioner's request to expand the record as described and finds that the motion is due to be denied. Accordingly, it is

ORDERED that the Motion to Expand the Record be and is hereby DENIED.

DONE, this 23rd day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE