In the United States District Court for the Middle District of Alabama
Northern Division

Gerard David McCree, Jr.,
Petitioner, vs. Jones, et. Al.,
Respondents;

Page 1. of 3.

Assigned to: Honorable W. Harold Albritton, III
Referred to: Honorable Susan Russ Walker;
Cause: 2254 Petition, Writ Of Habeas Corpus (State);

Civil Docket for Case #: 2:06-cv-00520-WHA-SRW.

Sworn Affidavit of Gerard David McCree under penalty of perjury the foregoing is true an correct;

Permission of Court for Leave To file This written **Objection** to the Honorable Susan Russ Walker, Magistrate Judge's Order denying Motion to expand the Record, Motion present to Rule 32(b) of the Rules of Civil Procedures.

Comes Now herein The Petitioner Gerard McCree moves This Honorable Court To Grant This Motion Document Objecting to The Magistrate Judge's Order denying Petitioner's Motion Requesting To expand the Record holding under exceptional Circumstances, where by substantial lack of Evidence and oral

Testimony of the State's case is unsupporting the convictions held against the Petitioner McCree. As to, substantial documents within the record as a whole should be forward to this court's file accordingly to the findings of fact in light of all evidence found in facts in this court findings of this case. Where Petitioner requested that the record in this capital murder case be expanded to include: (1) all physical evidence and oral testimony of the State's evidence supporting the herein convictions for first degree robbery and kidnapping; (2) The evidence of the fingerprints that were found inside the victim's vehicle on his steering-wheel after the victim were kidnapped and droved off in his vehicle, these fingerprints are being withheld from this court's file thereto. (3) Any recorded evidence supporting any facts which show that the victim was shot in the right side of his head while inside his vehicle, as causing conviction of capital murder.

(Certificate of Service)
Petitioner Gerard McCree

I hereby certify that on this Day of Feb. 26, 2007. A copy of this foregoing Document Motion has been served upon the Att. General of the State of Ala., By mailing a copy of the same in the U.S. mail Postage Prepaid And Properly addressed on This Date Feb. 26, 2007.

Gerard D. McCree,
#203840, Petitioner
W.E. Donaldson Corr. Fac.
100 Warrior Ln.
Bessemer, AL. 35023

Troy King:
Office of The Attorney General
Alabama State House
11 South Union Street
Montgomery, Al. 36130

Legal Mail

Gerard David McCree, JR., E-11
A.I.S.# 203840
W.E. Donaldson Corr. Fac.
100 Warrior Ln.
Bessemer, AL. 35023

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711