IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERARD DAVID MCCREE, JR., #203840, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv520-WHA |
| ) | |
| WARDEN JONES, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on the Plaintiff's Objection (Doc. #26) to the order of the Magistrate Judge (Doc. #25), denying the Petitioner's request to expand the record.

Having considered the request, the Magistrate Judge's order, and the Petitioner's Objection, the court finds that the Magistrate Judge's order was neither clearly erroneous nor contrary to law.  *See* Rule 72(a), *Fed.R.Civ.P.*  Accordingly, it is hereby

ORDERED that the Objection is OVERRULED.

DONE this 12th day of March, 2007.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE