In The United States District Court For the Middle
District of ALABAMA North Eastern Division

Gerard David mccree, JR,
Ais #203840 Petitioner

VS.

Warden Jones, et. Al.,
Respondents

RECEIVED
2007 MAR 28 A 9:52
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06-cv-520
WHA

Cause: 2254 Petition


U.S.C. 1746 Affidavit Of Gerard David McCree,
I declare (or Certify, Verify, or State)
Under penalty of perjury That The foregoing
Is True And Correct., Following pages 1 of 5
Document Motion.

                                        Executed on 3/16/07


                    Signature of Gerard David McCree, JR,

Permission of Court For leave To File This
herein Motion, Request, To Considering The
Petitioners Transferr "from" William E.
Donaldson Correction Facility, Where The
Named Respondent - Warden Jones, Currently
holding The petitioner in Custody. Where
Petitioner Shows Good Cause:

Comes Now herein The Petitioner Gerard
mccree, moves This Court To Grant A
Transferr To another Institution While
Under The State-court Judgment Being
Contested. Rule 2.(a) Rules Section 2254
Where Cause And Circumstances Following
The petitioner Conditions of Confinement At
Donaldson Corr. facility. The petitioner
mccree were Threating with physical Injury
By An officer Known As officer Stephen Freemen
on or about 3-14-2007, At Time 10:21 am, Which
after Threats were given, The Petitioner
were Physically Assaulted And Attacked By The

Officer on That Date March, 14-07, at time 11:05,. Injuries To The "face" an "Body" Were Documented at Donaldson's Hospital 12:00 p.m March, 14, 2007,

The Officer Acted With excessive force against petitioner, in violation of The federal Constitution's Eighth Amendment, (see) Farmer, vs, Brennan, (1994) 511 US 825 L. Ed. 2d. 814, 114 S. Ct. 1970;

The Officer has Stated: that He put Something in my food that I had Already Eatin,. The Officer Stated, to other Inmates That he Will get his hands on them When They Comes out of Their Cell's for Visit With Their family. The Officer attacked McCree When He Came Back from The hospital here at Donaldson geting his Blood pressure Checked, While handcuffed To The Back, and has Been Geting Other Threats By Officer Freemen, his purpose is upon Inmates Reporting Him To And upon his wrongdoings. Witnesses hereof following Of The Matter:

1. Jamal H. Dewson _____ Ais # 200213
2. Jerry Mitchell _____ Ais # 228574
3. Jamaine L. Morrow ____ Ais # 201964
4. Fridrick Jr _____ Ais # 130099

5. _Jerom Fletcher_    A:s# _213668_
6. _Jerry Coleson_    A:s# _10 90 90_    .

Thereof Petitioner McCree MOVING This
Court FOR AN; appropriate TRANSFER Do
To The Need of his interests Of Safe
Custody While under The State Court
Judgment Being Contested,
Petitioner has Been physically Assaulted
Already, And under Other Threats, And Are
Fear Of Other harm. These facts Are
True, All Injuries has Been Reported
And Documented And Treated FoR, But
Petitioner is Fear Of his life Being
Taken over purposeful Wrongdoing.


Done This on The 16th day of MARCH, 2007
Petitioner, Gerard David McCree A:s# 203840

Petitioner Gerard David McCree

(Certificate of Service)

I The Petitioner hereBy Certificate
That a Copy of The Same Documents
has Been served upon The following listed
Named Respondent By mailing a Copy of
The same IN The U.S. mail, postage
prepaid and properly addressed
On This Date of MARCH-16-2007

of This INStitution
WARdEN JONES

Office of The Attorney
General Criminal Appeals
Division AlABama State House
11 South UNION Street
MONT. AC. 36130-0152



BIRMINGHAM AL 352

19 MAR 2007 PM 6 T

Gerard David McCree, Jr.,
A/s # 203840
William E. Donaldson Corr. Fac.
100 Warrior LN.
Bessemer, AL. 35023

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711