IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GERARD DAVID MCCREE, JR., #203 840 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-520-WHA |
| WARDEN JONES, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Petitioner seeks an order from this court for an "appropriate transfer do [sic] to the need of his interests of safe custody while under the state court judgment being contested." (Doc. No. 28.) In support of his motion Petitioner complains that a correctional officer at the William E. Donaldson Correctional Facility, where Petitioner is presently incarcerated, has threatened and physically assaulted him. Petitioner's motion for a court-ordered transfer has been read, considered and shall be denied.

Accordingly, it is

ORDERED that the motion for court-ordered transfer (Doc. No. 28) be and is hereby DENIED.[1]

DONE, this 30th day of March, 2007.

---

[1] If Petitioner believes his constitutional rights have been violated by the conduct or actions of correctional officials he is free to file the appropriate civil action in the United States District Court for the district in which he is incarcerated.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE