IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GERARD DAVID MCCREE, JR., #203 840 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-520-WHA |
| WARDEN JONES, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Before the court is Petitioner's sworn affidavit filed June 25, 2007. (Doc. No. 30.) To the extent the affidavit may be construed to contain a motion for leave to file a motion for judgment on the pleadings, it is

ORDERED that the motion (Doc. No. 30) is DENIED.

To the extent the affidavit may be construed to contain a motion for evidentiary hearing, it is

ORDERED that the motion (Doc. No. 30) is DENIED.

To the extent the affidavit may be construed to contain as a motion to expedite ruling, it is

ORDERED that the motion (Doc. No. 30) is DENIED.

Petitioner is advised that the instant action is pending on the undersigned's docket along with numerous other actions filed both before and after the present petition was filed. The court notes that this matter is ready for review and a decision shall be rendered within

due course as the court's schedule permits.

It is further

ORDERED that Petitioner's June 25, 2007 sworn affidavit shall otherwise be considered as a further response in support of his application for habeas relief.

DONE, this 23rd day of July 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE