IN The United States District Court for The Middle District of ALABAMA
—— NORTHEN DIVISION ——

Pro Se
Petitioner Gerard David McCree, JR.,
vs.

Warden Jones, et, AL.,
Respondents

Case # 2:06-cv-520
WHA

Cause: 2254 HABEAS CORPUS Petition

UNSWORN Affidavit of Gerard D. McCree, JR., hereBy under U.S.C. 1746, I declare (or certify, verify, or state) under penalty of perjury the foregoing is true and correct:

Permission of Court, for Leave of Court to file this herein Motion Request for a Three Judge District Court," as the Petitioner Believes is Required In This cause of HABEAS CORPUS Petition Proceeding, This Sufficient Request Made under 28 U.S.C. 2284, following:

Page 1. of 6

Comes Now The Petitioner Gerard David McCree, moves This Court IN exceptional circumstances supporting motion for a Three Judge District Court, as The Petitioner believes IS Required IN This cause of Habeas Corpus proceeding, Thereof The petitioner was convicted of Three counts of capital murder by a Jury on September 17, 2003, IN The Circuit Court of Montgomery County Alabama (exhibit A Vol VIII, R. 867, 872) Petitioner were sentenced to life without Parole on each count after The Jury recommended The Death penalty on a 10-2 Vote. (exhibit A, Vol IX, R. 1155, 1163). The Jury Recommended the Convictions and Sentence of The Death penalty on by The failure of The Prosecution to Disclose evidence favorable to the Petitioner, ThereTo where The evidence were obtained (Illegally) To get The arrest on the petitioner hereIN Petitioners current Incarceration IS The Result of These unlawful Convictions and Sentences, where it is found without Sufficient evidence within The Constitution's Fourth Amendment following:

The Right of the People to Be Secure In Their Persons, houses, Papers, and effects, against unReasonable Searches and Seizures, Shall Not Be violated and No warrants Shall Not Be Issued, But upon Probable cause, supported By oath or affirmation, And Particularly Describing the Place to Be Searched, and the Persons or Things, to Be seized..

(See) McMillian, vs. Johnson, 878 F.Supp. 1529 (M.D.Ala. (1995)). The clearly established Law of The united States Supreme court, was Not applied to In The result of The Petitioner's arrest, Where The warrant for the Petitioner's arrest, Where it's found To Be (unReasonable) and (without Probable cause), founded where By The arresting officers made "Promises" to their witnesses on By Helping Them, Thereof with warrants In exchange for a Statement Implicating the Petitioner, which

after the petitioner were then charged with capital murder. (see) McMillian, vs. Johnson, for these kinds of violations, 878 F. Supp. 1515 (M.D.Ala 1995). However the resulting statements was (false).

Thereto In The Trial Court proceeding the witness himself (Darria Wilson) gave testimony stating that he had no knowledge of the Petitioner mccree causing the Death of The victim, or any Implicating The Petitioner To This case. Thereof where the (State) failed to Disclose evidence favorable to the Petitioner, the State Attorneys proceeded the Trial Court on By giving over to the Jury the false Tape Statement made By Darria Wilson in exchange of getting help with warrants, holding In Hammond, vs. lenfest, 398 F. 2d, 705 (2d. cir. 1968), The court has found that —

and recent Supreme Court Decisions have made clear that It's habeas corpus is not now and never has been a static, narrow, formalistic, remedy; its scope has grown to achieve its grand purpose, the protection of people against erosion of their Right To Be free from wrongful Restraints upon their Liberty.

Petitioner McCree's capital murder convictions were the result of insufficient evidence, McCree is innocent of the wrongful convictions, thereto McCree alleges that he was denied a full and fair evidentiary hearing in the state court proceeding; However the petitioner claims should go before a three Judge District court, as Petitioner Believes In the cause of the claims under the Habeas Corpus Proceedings, It shall Require A Three Judge District Court, As Requested under 28 U.S.C. 2284.

Done This on the 13th. day of July, 2007

page 5. of 6

Pro se
Petitioner <u>Gerard David McCree, JR.,</u>
<u>Gerard D. McCree, JR.,</u>.

(Certificate of Service)
I The Petitioner hereBy certificate That a copy of The Same Documents has Been Served upon the following listed Named Attorney General office By Mailing a copy of The Same In The U.S. Mail Postage Prepaid and Properly Addressed on this Date of July-13-07

Office of the Attorney General
Criminal Appeals Divison
Alabama, State House
11 South Union Street
Montgomery, Ala. 36130-0152

Page 6. of 6.

Legal Mail

E-11

Gerard David McGee, JR.,
AIS # 203840
100 Warrior Ln.
Bessemer, AL. 35023

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

36101071l B007