IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERARD DAVID McCREE, JR., #203840, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. 2:06cv520-WHA ) |
| WARDEN JONES, et al., | ) ) |
| Respondents. | ) |

## ORDER

This case is before the court on the Petitioner's Motion for Leave of Court to File Motion Request for a Three Judge District Court (Doc. #32). This is not a case in which a three-judge district court is authorized by law. Therefore, it is hereby

ORDERED that the motion is DENIED.

DONE this 15th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE