IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Gerard David Mccree SR.
#203840  Petitioner

VS.                                         2:06-CV-520-WHA

Warden Jones, et al,
Respondents.

Letter To The United States Magistrate Judge Susan Russ Walker,

Herein under this sworn Affidavit, under U.S.C. 1746 I Gerard David Mccree, The Petitioner in this Habeas Action, makes this letter document as true and correct,. Comes now I The Petitioner Mccree writes this letter Affidavit upon The follow up on The courts order on Motion (Doc. No. 30) And states as follows, Petitioner Mccree has no other Actions pending before The court, other Then its Habeas Action for Relief upon The State Conviction,. Petitioner are not seeking any other Action upon A civil Matter Do To The wrong doing of its arrest, And conviction,. There were Actions filed Do To Numerous wrong doings Done against The Petitioner, where The only Action The Petitioner Took upon were civil Actions,. I Mccree are a father with too kids And knows Right from wrong, however The Petitioner Asks The court To Notice where it took officer's To Act out side The laws And ended a Murder Investigation on By Cooperating with false witnesses, with giving help

Page 1 of 4

with misdemeanor warrants as were asked for before any false statement were given, more over, the resulted statements became known that they were in fact false, when the witnesses themselfs took the stand in the trial court stating that (fact).

Where it shows, I McCree did not kill, or shot the victim Travis Moore, or took the victim to an area where he were found the next day, It should be noticed that the fingerprints found on the steering wheel of the car that was taken, was not the fingerprints of (McCree) I McCree are in prison do to the individuals did wanted help with misdemeanor warrants that were currently on record against the said witnesses, however if not McCree, it would have been someone else falsely named as the shoter, I admit that I McCree were without money to get a good attorney in this case, If so the evidence would have been given over to the trial jury showing alot of the facts to being falsely named in this case. I McCree couldn't even read well, But knew that I had to do something for myself in order to get or try to get something did; which doing so I found myself being face with other wrong doings against some rights that I still had, which the civil actions were filed, —

2

which I will say that nothing were did IN Action of Justice, But God has also giving me More Then knowledge To Read, But Something Special To not go against Myself; And Move fourth with Understanding Seeking Justice.. Thank you Judge for your time.

Done This on The 9th. day of August 2007.

Petitioner

Herrard David McGuee
#203840
W. E. Donaldson Corr. Fac.
100 Warrior Ln
Bessemer, AL. 35023


Patrice Richie
Notary

3-16-09
Comm. Expires

petitioner, Gerard David Moore, Sr.,

## Certificate of Service

I The petitioner hereby certificate that a copy of the same document has been served upon the following listed Named Respondent by mailing a copy of the same in the U.S. Mail postage prepaid and properly addressed on This Day of August, 9th. 2007

Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery, AL. 36130-0152

4

Legal Mail

Gerard David McCree, JR,
AIS# 203840
W.E. Donaldson Corr. Fac.
100 Warrior Ln.
Bessemer, AL. 35023

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

36101=0711