IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GERARD DAVID MCCREE, JR., #203 840 | * |
| Petitioner, | * |
| v. | *   2:06-CV-520-WHA |
| WARDEN JONES, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Submit an Additional Reply to Respondents' Answer, it is

ORDERED that the motion (*Doc. No. 35*) is GRANTED.

Petitioner is advised that this case is pending on his petition, Respondents' answer, and Petitioner's responses thereto. No additional pleadings are necessary to a determination of the issues presented herein, and Petitioner will be informed of any action undertaken by the court on his application for habeas relief.

DONE, this 9th day of January 2008.

　　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE