IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERARD DAVID McCREE,<br>A.I.S. # 203840, | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | )  CIVIL ACTION NO.<br>)  2:06-CV-520-WHA<br>)  (WO) |
| WARDEN JONES, et al., | )<br>) |
| Respondents. | ) |

**MOTION TO SUBSTITUTE COUNSEL**

The undersigned attorney moves this Honorable Court for permission to substitute counsel for the Respondents in the above-styled cause. As grounds therefore, the undersigned counsel states that this case has been recently reassigned to him from the Honorable Daniel W. Madison, current defense counsel of record.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:

s/John M. Porter
John M. Porter (ASB5818-P77J)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>10th</u> day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Gerard David McCree, Jr., AIS #203840, William E. Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, AL 35023.</u>

                                              Respectfully submitted,

                                              s/John M. Porter  
                                              John M. Porter(ASB5818-P77J)  
                                              Office of the Attorney General  
                                              Alabama State House  
                                              11 South Union  
                                              Montgomery, AL  36130-0152  
                                              Telephone: (334) 242-7300  
                                              Fax: (334) 242-2848  
                                              E-Mail: JPorter@ago.state.al.us

366980