IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GERARD DAVID MCCREE, JR., #203 840 | * |
| Petitioner, | * |
| v. | *    2:06-CV-520-WHA |
| WARDEN JONES, *et al.*, | * |
| Respondents. | * |

_____

## ORDER ON MOTION

Upon consideration of the motion to substitute counsel filed January 10, 2008, and for good cause, it is

ORDERED that the motion (*Doc. No. 37*) be and is hereby GRANTED.

DONE, this 11th day of January 2008.

                                                             /s/ Susan Russ Walker
                                                             SUSAN RUSS WALKER
                                                             UNITED STATES MAGISTRATE JUDGE