In the United States District Court for the Middle District of Alabama Northern Division

Gerard David McCree, Jr.,
Petitioner,

vs.

Warden Jones, et, al.,
Respondents.
(Cause: 2254 Petition)

RECEIVED
2008 JUL -7 A 9:58
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Page 1 of

2:06-CV-520-WHA
(WO)

under Rule 7.(b)
Sworn Affidavit of Gerard David McCree, Jr., under Penalty of Perjury the foregoing is True and Correct:

Permission of Court For Leave to File Motion For Materials To Be added on the Record, In exceptional Circumstances Following the Petitioner's Federal Claim "Actual Innocence". Comes Now the Petitioner Gerard McCree, Moves this Court to Grant Motion For Materials To Be Added on the Record under Rules Section 2254 Cases, See Whitley v. Senkowski, 317 F.3d 223, 225 (2d. Cir. 2003); Majoy v. Roe, 296 F.3d 770, 776 (9th. Cir. 2002); O'Neal v. Lampert, 199 F. Supp. 2d. 1064, 1066-67 (D. Or. 2002). However the Respondents stated in their "Answer" in Petitioner McCree's case herein. (The Respondents admit that McCree Properly

Page 2 of 4

filed His Rule 32 Petition For Collateral Relief IN The Montgomery County Circuit Court on January 28, 2005, shortly After the Certificate of Judgment of His Direct Appeal was Issued on November, 3, 2004, Thus His Petition Tolled THE one-year limitation under 28 U.S.C. 2244(d)(2). "Stated" IN The O'Neal v. Lampert, 199 F. Supp. 2d 1064, 1066-67 (D. Or. 2002) Granting petitioners motion For Subpoenas For Records To Be used IN asserting actual Innocence exception To statute of limitations Is A logical extension of the ,,,Rule That A procedural default By proving His Actual Innocence...

Petitioner McCree Are Requesting "EVIDENCE" Supporting Convictions of Murder Made Capital Because it was Committed In the course of A Robbery In The First Degree, And Murder Made Capital Because it was Committed IN The course of A Kidnapping In The first Degree,. Indictments were made against McCree after Detectives made promises with Witnesses In Helping Witnesses Take Care Of Misdemeanor Warrants In exchange For a Tape Statement That Would Help

Page 3 of 4

Charge McCree, (Request Are herein Being Made, Requesting For <u>That Statement</u> that were made By Detectives Showing In The State Discovery Page #97, where It Shows In Facts Of The Materials That The Witnesses "Coerced Statements" Caused Arrest Of McCree. At Trial The Coerced Witnesses <u>failed</u> To <u>State</u> The Same Statements That Thereto Caused Arrest, "NO" Witness Gave Such Oral Testimony Of Seeing Or Witnessing McCree kidnapping The Victim By Stating As Claimed, —

"McCree Shoot The Victim To Death, after Which McCree drove OFF With The Victim In The Victims Vehicle".

Without Any Of These Statements Made In Oral Testimony By a Witness, The State Can not meet The Burden Of Proof. As Requesting herein For Any Supporting Materials In Oral Testimony Supporting Convictions, Where These Materials Were Not Found, or Added In The Respondents Answer, The Records Supports That This Petitioner' Gerard David McCree, JR., Were — Maliciously Prosecuted, And Where It Is Found In Action's Of Malice For Purposes

Page 4 of 4

of Malicious Prosecution, Actions May Be Inferred From Want of Probable Cause And from Circumstances surrounding And Attending Prosecution petitioner Moves The Court Seeking The Materials supporting his Relief From State-Convictions And Sentence, Statements Made In Discovery Page 97. Done This on The 26th Day of June, 2008.

Petitioner McCree, Gerard,

Gerard D. McCree

(Certificate of Service)

I The petitioner Gerard D. McCree Hereby Certificate That A Copy of The Same Documents Has Been Served upon The following listed Name Attorney for The Respondents (State Attorney General) By Mailing A Copy of the Same In The U.S. Mail, postage prepaid And Properly Addressed on This Date June, 26, 08

  Office of The Attorney General, Criminal Appeals Division ALABAMA State House
  11 South Union Street
  Montgomery, AL. 36130-052

Gerard David McCree, JR.,
AIS# 203840
D.C.F.
100 Warrior Ln.
Bessemer, AL. 35023

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

$000.42
JUL 03 2008
MAILED FROM ZIP CODE 35023

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL. 36101-0711