IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GERARD DAVID MCCREE, JR.,       *
#203 840
    Petitioner,                  *

v.                              *       2:06-CV-520-WHA

WARDEN JONES, *et al.*,         *

    Respondents.                 *

_____

**ORDER ON MOTION**

Before the court is Petitioner's motion for leave in which he seeks leave to file a motion for materials to be added to the record. Upon consideration of the motion, it is

ORDERED that the motion for leave (*Doc. No. 39*) be and is hereby GRANTED.

In his pending motion, Petitioner requests production of statements made by eye witnesses to a detective involved in investigating the criminal offenses for which Petitioner was convicted. Petitioner contends that the statements, which he alleges led to his arrest but were never subsequently offered into evidence at his trial, demonstrate both that the prosecution failed to meet its burden of proof and that he was maliciously prosecuted. Upon consideration of Petitioner's motion, construed as a motion to expand the record under Rule 7, *Rules Governing Section 2254 Cases in the United States District Courts*, it is

ORDERED that the motion be and is hereby DENIED.

DONE, this 9th day of July 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE