IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GERARD DAVID MCCREE, JR., #203 840 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-520-WHA |
| WARDEN JONES, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's July 28, 2008 pleading, construed as a motion to file a supplemental response to Respondents' answer, it is

ORDERED that the motion (*Doc. No. 41*) be and is hereby GRANTED.

DONE, this 13th day of August 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE