IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERARD DAVID McCREE, JR., #203840, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv520-WHA |
| ) | |
| WARDEN JONES, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **ORDER**

This 28 U.S.C. § 2254 petition for habeas corpus relief is before the court on the Recommendation of the Magistrate Judge (Doc. #45), filed on January 29, 2009, and Petitioner's Objection (Doc. #46), filed on February 10, 2009.

Following an independent evaluation and *de novo* review of this case, the court finds the objection to be without merit, and it is hereby overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED, and this case is DISMISSED with prejudice.

DONE this 19th day March, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE